**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-1508
_____

In re:  THOMAS E. NOBLE,
                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Civ. No. 1:16-cv-00043)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
March 24, 2016
Before:  FUENTES, KRAUSE and SCIRICA, <u>Circuit</u> <u>Judges</u>

(Opinion filed: April 1, 2016)
_____

OPINION[*]
_____

PER CURIAM

       Thomas E. Noble, who is currently facing criminal charges in Delaware Superior

Court, filed this pro se petition for a writ of mandamus.  He seeks an order directing the

United States District Court for the District of Delaware to stay his state-court criminal

proceedings pending the resolution of his pre-trial habeas corpus petition, which he filed

in the District Court.

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

The day after Noble's mandamus petition was filed in this Court, the District Court dismissed Noble's habeas corpus petition. In that order, the District Court also denied as moot Noble's motion for a stay of the state-court proceedings pending the resolution of his habeas petition. Because the District Court has adjudicated Noble's request for habeas corpus relief, his mandamus petition—in which he seeks a stay pending the resolution of his habeas proceedings—is now moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that . . . prevent a court from being able to grant the requested relief, the case must be dismissed as moot."). We will thus dismiss his request for mandamus relief.